WO

## *UNITED STATES DISTRICT COURT*
### DISTRICT OF ARIZONA

| | |
|---|---|
| CHANEL, Inc., a New York corporation, | ) ) ) |
| Plaintiff, | ) JUDGMENT IN A CIVIL CASE ) |
| vs. | ) **AMENDED AS TO** ) **ATTORNEY'S FEE'S** ) Case: CV-05-00055-TUC-FRZ |
| Arash Mohajeri and Roya Mohajeri a/k/a Roya Khadivian, individually and jointly, d/b/a SmashionFashion.com d/b/a SmashionFashion@aol.com; Western Motors, Inc., an Arizona corporation d/b/a SmashionFashion.com d/b/a SmashionFashion@aol.com; and Does 1-10, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS FURTHER ORDERED** that Plaintiff's request for attorney's fees as part of  Plaintiff's Motion for Final Default Judgment (U.S.D.C. document #10) is **GRANTED** in the amount of **$9,724.72**.

<u>January 20, 2006</u>          <u>RICHARD H. WEARE          </u>
Date                             CLERK


                                 <u> S/ *M.  Michelle Mejia*     </u>
                                    M.  Michelle Mejia
                                       Deputy Clerk


Copies to: J/B, FRZ, all Counsel